**Order entered February 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00122-CR

**ARNULFO RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-75752-H**

## ORDER

We **REINSTATE** this appeal.

We abated this appeal for a hearing on new counsel. On January 30, 2019, the supplemental clerk's record containing the trial court's appointment of counsel was filed. We **DIRECT** the Clerk to list Bruce Kaye as appointed counsel for appellant.

This case is set for submission on February 19, 2019.

/s/    BILL WHITEHILL
        PRESIDING JUSTICE